UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH G. MCGILL,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | Case No. 15-cv-03029-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCE<br><br>Re: Dkt. No. 22 |

Defendant's motion to appear telephonically at the case management conference on September 29, 2015 at 1:30 P.M. is GRANTED.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*.  This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: September 28, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge