UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH G. MCGILL,

    Plaintiff,

  v.

THE HOME DEPOT, INC.,

    Defendant.

Case No. 15-cv-03029-KAW

ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT THE CASE MANAGEMENT CONFERENCE

    On January 22, 2016, the Court granted Plaintiff Joseph G. McGill's counsel's motion to withdraw on the grounds that Plaintiff failed to communicate despite counsel's efforts to reach him using various forms of communication since April 2015. (Dkt. No. 32.)

    On March 8, 2016, the Court held a case management conference, where Plaintiff Joseph G. McGill did not appear. (*See* Dkt. No. 35.)

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by no later than **March 31, 2016**, why this case should not be dismissed for failure to prosecute. Specifically, he shall explain why he did not attend the March 8, 2016 case management conference.

    If Plaintiff has been unable to secure new counsel, he may contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. Plaintiff may also wish to consult a manual that the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*.

///

///

///

1     Since Plaintiff has not filed a substitution of counsel, Plaintiff's prior counsel shall serve
2  the order to show cause and file a certificate of service. *See* Civil L.R. 11-5(b).
3     IT IS SO ORDERED.
4  Dated: March 11, 2016

*[signature]*
KANDIS A. WESTMORE
United States Magistrate Judge